HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DALE PRESSLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>HANNAH MOTOR COMPANY, a Washington corporation dba DICK HANNAH DEALERSHIPS<br><br>    Defendant. | CASE NO. C03-5339RJB<br><br>**ORDER DISMISSING PLAINTIFF'S COMPLAINT** |

    This matter comes before the court following arbitration. On September 30, 2004, this court entered an order granting Defendant's Motion for Stay of Action Pending Arbitration. On May 18, 2005, an arbitration hearing was conducted pursuant to the rules of the Arbitration Service of Portland as agreed by the parties. The parties appeared through their counsel of record. On May 24, 2005, the arbitrators issued an Arbitration Award, attached hereto, denying plaintiff's claims and requiring respondent to pay the costs of arbitration.

    Now therefore, pursuant to the attached Arbitration Award, the court hereby ORDERS that plaintiff's Complaint is DISMISSED WITH PREJUDICE without an award of costs or attorney fees to either party.

    DATED this 11th day of July, 2005.

*[signature: Robert J. Bryan]*

Robert J. Bryan
U.S. District Judge

Presented By:

s/
Charles E. Corrigan, WSBA #7504
T. Chad Plaster, WSBA #27386
RAMIS CREW CORRIGAN, LLP

Page 1 ORDER DISMISSING PLAINTIFF'S COMPLAINT
(No. C03-5339RJB)

RAMIS CREW CORRIGAN, LLP
1727 N.W. Hoyt Street
Portland, Oregon 97209
(503) 222-4402
Fax: (503) 243-2944